■  HELEN MAJEWSKA, Appellant, v. MICHAEL A. CERRONE et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for defendants for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ.

■  AUGMAR, INCORPORATED, et al., Respondents, v. EQUITABLE FIRE AND MARINE INSURANCE COMPANY, Appellant. AUGMAR, INCORPORATED, et al., Respondents, v. HOME INSURANCE COMPANY, Appellant. AUGMAR, INCORPORATED, et al., Respondents, v. FIDELITY-PHENIX FIRE INSURANCE CO., Appellant. AUGMAR, INCORPORATED, et al., Respondents, v. MERCHANTS FIRE ASSURANCE CORPORATION OF NEW YORK, Appellant. AUGMAR, INCORPORATED, et al., Respondents, v. PACIFIC NATIONAL FIRE INSURANCE CO., Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Monroe Special Term directing defendants to furnish particulars as to certain items in the demand, and, if defendants lack knowledge, for a supplemental bill of particulars to be served after examination before trial.) Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ.

■  BRUCE COX, Respondent, v. DULUTH STEAMSHIP COMPANY, Appellant and Third-Party Plaintiff-Appellant. ALLIED CHEMICAL & DYE CORPORATION, Third-Party Defendant-Respondent.— Motion for an order granting leave to the defendant and third-party plaintiff-appellant to make a late application for reargument and for other relief denied in all respects. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See 286 App. Div. 947.]

■  RAYMOND E. BAKER, as Administrator of the Estate of DANIEL J. BAKER, Deceased, Appellant, v. CITY OF SYRACUSE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See ante, p. 756.]

■  KARL G. VOIGT, Appellant, v. SERGEY ANDRETZ, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See ante, p. 758.]

■  MARIA VOIGT, Appellant, v. SERGEY ANDRETZ, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See ante, p. 758.]

■  In the Matter of DIOCESE OF ROCHESTER et al., Appellants, against PLANNING BOARD OF TOWN OF BRIGHTON et al., Respondents, and JOHN C. ROMANO et al., Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Vaughan, J. P., Kimball, Wheeler and Williams, JJ. [See ante, p. 86.]

■  HERBERT TOMOSER, Appellant-Respondent, v. EMIL V. HEGYI, Respondent-Appellant, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ. [See ante, p. 759.]